No. 668. QUATTRONE *v.* NICOLLS, DISTRICT DIRECTOR OF IMMIGRATION AND NATURALIZATION. C. A. 1st Cir. Certiorari denied. MR. JUSTICE BLACK and MR. JUSTICE DOUGLAS are of the opinion certiorari should be granted.

*Allan R. Rosenberg* for petitioner. *Solicitor General Soboloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *John R. Wilkins* for respondent. ▮